**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MISSOURI**
**CENTRAL DIVISION**

| | | |
|---|---|---|
| SEARRA PRIOLO, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 2:25-cv-04013-MDH |
| | ) | |
| v. | ) | |
| | ) | |
| EQUIPMENTSHARE.COM, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1(a)(1) of the Federal Rules of Civil Procedure and Local Rule 7.1(a), EquipmentShare.com Inc. ("Defendant") hereby states that it has no parent corporation and that no publicly held corporation owns 10% or more of its stock.

Pursuant to Local Rule 7.1(b), Defendant discloses the following subsidiary companies which are related to Defendant in that they are wholly owned by Defendant: Innovative Equipment Services, LLC; Innovative Equipment Services 2, LLC; Innovative Equipment Services 3, LLC; Innovative Equipment Services 4, LLC; Innovative Equipment Services 5, LLC; Innovative Equipment Services 6, LLC; Innovative Equipment Services 7, LLC; Innovative Equipment Services 8, LLC; Innovative Equipment Services, LLC 9; Innovative Equipment Services, LLC 10; Innovative Equipment Services 11, LLC; Innovative Equipment Services 12, LLC; Innovative Equipment Services 13, LLC; Innovative Equipment Services 14, LLC; Innovative Equipment Services 15, LLC; Innovative Equipment Services 16, LLC; Innovative Equipment Services 17, LLC; Innovative Equipment Services 18, LLC; Innovative Equipment Services 19, LLC; Innovative Equipment Services 20, LLC; Innovative Equipment Services 21, LLC; Concor Insurance Corp.; Concor Select Insurance Corp.; MachineLink LLC; Construction Insurance Group LLC; EquipmentShare Build

LLC; EquipmentShare UK Limited; Forge Build LLC; Forge Build A LLC; Forge Build O LLC; Forge

Build TV LLC; Forge Build UG LLC.


Dated: April 1, 2025                                  Respectfully Submitted,

**BLITZ, BARDGETT & DEUTSCH, L.C.**

*/s/  Heidi L. Eckert*
Heidi L. Eckert, #68916
Ellen Bruntrager, #73649
120 S. Central Avenue, Suite 1500
St. Louis, Missouri 63105
Telephone:  314-863-1500
Facsimile:  314-863-1877
heckert@bbdlc.com
ebruntrager@bbdlc.com


**BLITZ, BARDGETT & DEUTSCH, L.C.**

Anthony Bonuchi MO #57838
104 W. 9th, Ste 205B
Kansas City, Missouri 64105
(p) (816) 944-3232;
(f) (816) 944-3234
abonuchi@bbdlc.com

2

## **Certificate of Service**

I hereby certify that on this 1st day of April 2025, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all counsel of record.

*/s/ Heidi L. Eckert*

3